```
                                        FILED
                                  U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                  2000 JAN 18  P 3: 34

                                    LORETTA G. WHYTE
                                          CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-102 |
| KIWI YACHTS, INC., ET AL | SECTION: "R"(3) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has come to the Court's attention that the above captioned matter is related to Civil Action No. 99-3909 entitled *Richard Respess v. Gray & Co., Inc., et al* presently pending in Section "J"(3) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "J"(3) for further proceedings.

New Orleans, Louisiana, this 12th day of January, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

JAN 18 2000
TRANSFERRED TO SECT. J
DATE OF ENTRY JAN 19 2000

Fee____
Process____
X Dktd____
____CtRmDep____
Doc. No.____