

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CERTAIN UNDERWRITES AT LLOYD'S LONDON, ET AL     CIVIL ACTION

VERSUS     NO: 00-102

KIWI YACHTS, INC., ET AL     SECTION: "J"(3)

### ORDER TRANSFERRING CASE

The Court having been informed that the above-captioned matter is related to Civil Action 97-1130, Section "E", captioned Certain Underwriters at Lloyd's, London v. Michael T. Gray et al; accordingly,

**IT IS ORDERED** that the above captioned matter is hereby **TRANSFERRED** to Section "E";

New Orleans, Louisiana, this 20th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO
SECT. E MAG. 5

DATE OF ENTRY JAN 2 4 2000
JAN 24, 2000