Minute Entry
Livaudais, S. J.
1 May 2000

UNITED STATES DISTRICT COURT

FILED

Eastern District of Louisiana
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, ETC., ET AL | CIVIL ACTION |
| versus | NO.   00-0102 |
| KIWI YACHTS, INC., ET AL | SECTION: E/5 |

On January 11, 2000 plaintiffs filed the instant complaint, (R.D. 1). On April 14, 2000 plaintiff requested summons be re-issued as to defendants, Jim Berulis, Tony Cellamare, U.S. Foils, Inc., U.S. Marine Composites and Kiwi Boats through Thomas Little. To date there has been no documentation provided the Court showing service being effected on the above named defendants. In addition, there is no documentation of service being effected on defendants, Kiwi Yachts, Inc. or Windship Yachts, Inc. Therefore,

IT IS ORDERED that plaintiff is directed to Show Cause on Wednesday, May 31, 2000 at 10:00 A.M. why the above listed defendants should not be dismissed for failure to prosecute.

Date of Entry   MAY - 3 2000

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc.No. ___