UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, MICHAEL T. GRAY and ERIC V. GRAY | * * | CIVIL ACTION NO. 00-0102 |
| VERSUS | * | SECTION "E" |
| KIWI YACHTS, INC., KIWI BOATS, INC., WINDSHIP YACHTS, INC., U.S. GOILS, INC., U.S. MARINE COMPOSITES, INC., AMERICAN MARINE COMPOSITES, INC., TONY CELLAMARE and JIM BERULIS | * * * | MAGISTRATE |

\* \* \* \* \* \* \*

### *EX PARTE* MOTION WITH CONSENT FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes James Berulis, who respectfully moves the Court, pursuant to Local Rule 7.9E to extend the deadline for filing responsive pleadings, for the following reasons:

1.

On or about May 5, 2000, a Summons was served upon defendant, James Berulis. Responsive pleadings are due on or about May 22, 2000.

2.

James Berulis requires additional time to review pleadings and to formulate an answer and/or prepare other responsive pleadings, and requests a twenty (20) day extension of time in which to answer or file other such responsive pleadings.

DATE OF ENTRY
MAY 1 9 2000

3.

This is the first request for an extension, and undersigned counsel has contacted and obtained the consent of counsel for the plaintiffs to a twenty (20) day extension.

**WHEREFORE**, the above-premises considered, James Berulis, respectfully requests that this Court enter an order granting James Berulis a twenty (20) day extension of time to prepare and submit responsive pleadings.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
Of Counsel

STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Attorneys for James Berulis

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, MICHAEL T. GRAY and ERIC V. GRAY | * * | CIVIL ACTION NO. 00-0102 |
| VERSUS | * | SECTION "E" |
| KIWI YACHTS, INC., KIWI BOATS, INC., WINDSHIP YACHTS, INC., U.S. GOILS, INC., U.S. MARINE COMPOSITES, INC., AMERICAN MARINE COMPOSITES, INC., TONY CELLAMARE and JIM BERULIS | * * * * | MAGISTRATE 5 |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Upon the above and foregoing Ex Parte Motion With Consent for Extension of Time within which to file responsive pleadings, it is hereby

**ORDERED** that James Berulis, be and is hereby granted twenty (20) additional days from the date his responsive pleadings would otherwise be due to file responsive pleadings to the Complaint in the above captioned matter.

New Orleans, Louisiana this ___15___ day of May, 2000.

_____
JUDGE